JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SST CONSTRUCTION, LLC, doing business as Sunsystem Technology, a California limited liability company, <br><br> Defendant. | CASE NO. 5:18-cv-00577-FMO (KKx) <br><br> **ORDER ON STIPULATION [11] RE: DISMISSAL** |

1

ORDER RE: DISMISSAL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY ORDERED that pursuant to the "Stipulation for Dismissal Without Prejudice, Subject to the Court Retaining Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between the Plaintiffs and Defendant, the above-entitled case shall be dismissed, without prejudice.

DATED: May 7, 2018     /s/ Fernando M. Olguin

UNITED STATES DISTRICT COURT JUDGE